SCOTT N. SCHOOLS  (SCSBN 118321)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 10th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-6935

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and JOHN BORCHELT, Revenue Officer,**   Petitioners,   v.   **TERRENCE P. GOGGIN,**   Respondent. | Case No. C-07-4733-MHP   **PROOF OF SERVICE AND DECLARATION OF DAVID PALMER** |

    I , DAVID PALMER, pursuant to 28 U.S.C. Subsection 1746, declare and state as follows:

    1.    I am a Revenue Officer with the Internal Revenue Service of the United States Department of Treasury at 450 Golden Gate Avenue, San Francisco, California.

    2.    On September 20, 2007, at approximately 4:54 p.m., a copy of the Order to Show Cause Re: Enforcement of Internal Revenue Summons and the Verified Petition to Enforce Internal Revenue Service Summons in this matter were served on Terrence P. Goggin at 388 Beale Street, San Francisco, California, the respondent's dwelling house.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on September 24TH , 2007, San Francisco, California.

                                          /s/ David Palmer
                                          DAVID PALMER

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**PROOF OF SERVICE AND DECLARATION OF DAVID PALMER**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

**TERRENCE P. GOGGIN**
**388 BEALE STREET**
**SAN FRANCISCO, CA 94105**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **September 25, 2007** at San Francisco, California.

                                            /s/ Kathy Tat
                                          **KATHY TAT**
                                          **Legal Assistant**