UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

Date: October 29, 2007

Case No.   C 07-4733  MHP                Judge: MARILYN H. PATEL

Title: USA -v- TERRENCE P. GOGGIN

Attorneys:  Plf: Thomas Moore
            Dft: no appearance

Deputy Clerk:  Anthony Bowser   Court Reporter: Juanita Gonzales

**PROCEEDINGS**

1)   OSC re IRS Summons

2)

3)

**ORDERED AFTER HEARING:**

Defendant failed to appear; Order enforcing summons signed in court.