IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and JOHN BORCHELT, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>TERRENCE P. GOGGIN,<br><br>Respondent. | NO. C-07-4733-MHP<br><br>**ORDER ENFORCING SUMMONS** |

This case having come on for hearing on October 29, 2007, at 3:00 p.m., upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is hereby:

**ORDERED** that respondent, Terrence P. Goggin, shall appear before Revenue Officer John Borchelt, or any other designated agent, on November __15__, 2007, at 9:00 a.m., at the Offices of the Internal Revenue Service located at 450 Golden Gate Avenue, 6th Floor. San Francisco, California, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons (attached to the Verified Petition to Enforce Internal Revenue Service Summons as **Exhibit A**) and produce for the Revenue Officer's inspection and copying respondent's records also described in the subject Internal Revenue Service summons.

**ORDERED** this __29th__ day of October, at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE