```
1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
    9th Floor Federal Building
4   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
5   Telephone:   (415) 436-7017
    Fax:         (415) 436-6748
6
   Attorneys for the United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>JOHN BORCHELT, Revenue Officer,<br><br>  Petitioners,<br><br>  v.<br><br>TERRENCE P. GOGGIN,<br><br>  Respondent. | No. C-07-4733-MHP<br><br>**APPLICATION FOR ENTRY OF ORDER TO SHOW CAUSE RE: CONTEMPT** |

On October 29, 2007, the Court entered an Order Enforcing Summons. The respondent Terrence P. Goggin was ordered by the Court to appear on November 15, 2007, before Revenue Officer John Borchelt at the San Francisco, California offices of the Internal Revenue Service and to comply with the IRS summons served on him. The respondent did not appear and has failed to provide the testimony or produce the documents as ordered by the Court in the Order Enforcing Summons. Declaration of Thomas Moore at ¶ 2.

Accordingly, the United States of America requests that respondent be ordered to appear and show cause before this Court, if any, why he should not be held in contempt for his failure to comply with the Court's Order.

```
                                        SCOTT N. SCHOOLS
                                        United States Attorney


                                        /s/ Thomas Moore
                                        THOMAS MOORE
                                        Assistant United States Attorney
                                        Chief, Tax Division
```