1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE  (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
    9th Floor Federal Building
4   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
5   Telephone:   (415) 436-7017
    Fax:         (415) 436-6748
6
   Attorneys for the United States of America
7
                  IN THE UNITED STATES DISTRICT COURT FOR THE
8
                     NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10
   UNITED STATES OF AMERICA and          )
11 JOHN BORCHELT, Revenue Officer,        )   No. C-07-4733-MHP
                                          )
12         Petitioners,                   )
                                          )
13    v.                                  )
                                          )   PROOF OF SERVICE
14 TERRENCE P. GOGGIN,                    )   AND DECLARATION
                                          )   OF THOMAS MOORE
15         Respondent.                    )
   _____)
16
         I, THOMAS MOORE, pursuant to 28 U.S.C. Subsection 1746, declare and state as
17
   follows:
18
         1.      I am employed as an Assistant United States Attorney with the United States
19
   Attorney's Office in San Francisco California. As part of my official duties, I have been assigned
20
   to represent the United States in the above-entitled matte.
21
         2.      Terrence P. Goggin did not produce the required documents, give testimony to the
22
   IRS or appear at the IRS office as ordered by this Court.
23
         I declare under penalty of perjury that the foregoing is true and correct.
24
         Executed on November 19, 2007, San Francisco, California.
25

26
                                    /s/ Thomas Moore
27                                  THOMAS MOORE

28

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**PROOF OF SERVICE AND DECLARATION OF THOMAS MOORE; ORDER TO SHOW RE CONTEMPT; and APPLICATION FOR ENTRY OF ORDER TO SHOW CAUSE RE CONTEMPT**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____    **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

**TERRENCE P. GOGGIN**
**17370 GRAND ISLAND ROAD**
**WALNUT GROVE, CA 95690**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **November 19, 2007** at San Francisco, California.

_____
/s/ Kathy Tat
**KATHY TAT**
**Legal Assistant**