```
SCOTT N. SCHOOLS (SCSB 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Tel.  (415) 436-7017
 Fax.  (415) 436-6748
```

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and**<br>**JOHN BORCHELT, Revenue Officer,**<br><br>    **Petitioners,**<br><br>    v.<br><br>**TERRENCE P. GOGGIN,**<br><br>    **Respondent.** | No. C-07-4733-MHP<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **KATHY P. TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers.  The undersigned further certifies that I caused a copy of the following:

ORDER TO SHOW CAUSE RE: CONTEMPT - filed November 21, 2007

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X_  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

```
Certificate of Service
C-07-4733-MHP                    1
```

1  ____   **PERSONAL SERVICE (BY MESSENGER)**

2  ____   **FACSIMILE (FAX)** No.: _____

3  to the parties addressed as follows:

4  TERRENCE P. GOGGIN
   388 BEALE STREET, #1103
5  SAN FRANCISCO, CA 94105

6  I declare under penalty of perjury under the laws of the United States that the foregoing is

7  true and correct.

8  Executed on **November 21, 2007** at San Francisco, California.

9

10  _____   **/s/ Kathy Tat**
                                                **KATHY P. TAT**
11                                              **Legal Assistant**