**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: January 7, 2008

Case No.   C 07-4733  MHP                Judge: MARILYN H. PATEL

Title: USA -v- TERRENCE P. GOGGIN

Attorneys:  Plf: Thomas Moore
            Dft: no appearance

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Contempt Hearing

2)

3)

**ORDERED AFTER HEARING:**

Defendant failed to appear; Order re contempt to be signed by court.