**FILED**

JAN - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and JOHN BORCHELT, Revenue Officer, <br><br> Petitioners, <br><br> v. <br><br> TERRENCE P. GOGGIN, <br><br> Respondent. | No. C-07-4733-MHP <br><br> [~~proposed~~] <br> <u>ORDER FINDING RESPONDENT IN CONTEMPT</u> |

    This matter came before the Court on January 7, 2008, upon the Court's Order to Show Cause Re: Contempt entered November 25, 2007.

    On October 29, 2007, the Court entered its Order Enforcing Summons in this matter. Mr. Goggin, who has not appeared at any of the court proceedings concerning the enforcement of the IRS summons at issue, has yet to produce the documents ordered by the Court in the Order Enforcing Summons.

    Due to respondent's failure to comply with the Order Enforcing Summons, the petitioners filed an Application for Entry of Order to Show Cause Re: Contempt on November 19, 2007. On November 25, 2007, this Court ordered respondent to appear and show cause, if any, why he should not be held in contempt for his failure to comply with the Court's Order Enforcing Summons. On January 7, 2008, the show cause hearing was held.

1   Despite the great length of time Mr. Goggin has had to comply with the Order Enforcing
2   Summons, Mr. Goggin has not appeared in this matter and has not complied with the summons
3   by providing the government with testimony or the summoned records.
4   The Court having considered the record herein, it is hereby
5   **ORDERED** that respondent Terrence P. Goggin, is in contempt of this Court's Order
6   Enforcing Summons, and respondent is fined $500 per day from this date until the date he
7   complies with the Order Enforcing Summons.
8   **IT IS FURTHER ORDERED** that if respondent Terrence P. Goggin complies with the
9   Order Enforcing Summons, within fourteen days of this date, he will be purged of the $500 per
10  day fine that might have accrued against him for his failure to comply with the Order Enforcing
11  Summons.
12  **IT IS FURTHER ORDERED** that if, by January 28, 2008, respondent Terrence P.
13  Goggin has failed to comply with the Order Enforcing Summons, he shall appear in person
14  before this Court on the 3rd day of March, 2008, at 3:00 p.m., United States Courthouse,
15  450 Golden Gate Avenue, San Francisco, California and then and there show cause why he
16  should not be imprisoned until he complies with the Court's Order Enforcing Summons.
17  **ORDERED** this 7th day of January 2008, at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE