```
JOSEPH P. RUSSONIELLO  (CSBN 44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-7017

Attorneys for United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and JOHN BORCHELT, Revenue Officer,**<br><br>    Petitioners,<br><br>    vs.<br><br>**TERRENCE P. GOGGIN,**<br><br>    Respondent. | Case No. C-07-4733-MHP<br><br>**STIPULATION TO CONTINUE CONTEMPT HEARING AND [proposed] ORDER** |

It is hereby stipulated by and between petitioner United States of America and respondent Terence P. Goggin, through their respective counsel, that the contempt hearing scheduled for March 3, 2008, be continued to March 24, 2008, at 3:00 p..m., so that parties may ensure that full compliance is made with the summons at issue.

```
                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

/s/ Gregory A. Rougeau                  /s/ Thomas Moore
GREGORY A. ROUGEAU.                     THOMAS MOORE
Attorney for Terrence P. Goggin         Assistant United States Attorney
```

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/29/09

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA