```
JOSEPH P. RUSSONIELLO  (CSBN 44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-7017
```

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and JOHN BORCHELT, Revenue Officer,**<br><br>            Petitioners,<br><br>        vs.<br><br>**TERRENCE P. GOGGIN,**<br><br>            Respondent. | Case No. C-07-4733-MHP<br><br>**STIPULATION TO DISMISS AND [proposed] ORDER** |

It is hereby stipulated by between petitioners United States of America and John Borchelt and respondent Terence P. Goggin, through their respective counsel, that this be dismissed, each party to bear their own costs and attorneys' fees.

```
                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

/s/ Gregory A. Rougeau                        /s/ Thomas Moore
GREGORY A. ROUGEAU.                           THOMAS MOORE
Attorney for Terrence P. Goggin               Assistant United States Attorney
```

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____

                                              _____
                                              UNITED STATES DISTRICT JUDGE