```
JOSEPH P. RUSSONIELLO  (CSBN 44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-7017
```

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and JOHN BORCHELT, Revenue Officer,**<br><br>Petitioners,<br><br>vs.<br><br>**TERRENCE P. GOGGIN,**<br><br>Respondent. | Case No. C-07-4733-MHP<br><br>**STIPULATION TO DISMISS AND** ~~[proposed]~~ **ORDER** |

It is hereby stipulated by between petitioners United States of America and John Borchelt and respondent Terence P. Goggin, through their respective counsel, that this be dismissed, each party to bear their own costs and attorneys' fees.

/s/ Gregory A. Rougeau
GREGORY A. ROUGEAU.
Attorney for Terrence P. Goggin

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/18/2008

UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel